ACCEPTED
02-15-00277-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
9/1/2015 4:48:53 PM
DEBRA SPISAK
CLERK

**No. 02-15-00277-CV**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
09/01/2015 4:48:53 PM
DEBRA SPISAK
Clerk

## IN THE COURT OF APPEALS
## FOR THE SECOND DISTRICT OF TEXAS
## AT FORT WORTH, TEXAS

**PATRICIA OSBORNE, INDIVIDUALLY AND CHARLES OSBORNE, INDIVIDUALLY,**
**Appellants.**

**v.**

**WILLIAM ROWE, M.D.,**
**Appellee.**

**On Appeal from the 393rd District Court, Denton County, Texas**
**Cause No. 14-06405-393 (Hon. Doug Robison)**

## NOTICE OF APPEARANCE OF LEAD APPELLATE COUNSEL FOR APPELLEE WILLIAM ROWE, M.D.

**TO THE HONORABLE JUSTICES**
**OF THE FORT WORTH COURT OF APPEALS**:

**PLEASE TAKE NOTICE**, pursuant to rule 6.2 of the Texas Rules of Appellate Procedure, that Michelle E. Robberson of the law firm of Cooper & Scully, P.C. will serve as lead appellate counsel for Appellee, William Rowe, M.D., in the above-styled appeal, in addition to Appellee's trial counsel, Brett Timmons, of the Law Office of Brian J. Judis.

Contact information for Appellee's lead appellate counsel is:

Michelle E. Robberson
Texas Bar No. 16982900
**Cooper & Scully, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)
michelle.robberson@cooperscully.com

Ms. Robberson requests the Court and opposing counsel add her to the list of counsel in this case who will receive notice of all pleadings, notices, orders, and other communications from the Court and from opposing counsel.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ Michelle E. Robberson
**MICHELLE E. ROBBERSON**
Texas State Bar No. 16982900
michelle.robberson@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214.712.9500
Facsimile: 214.712.9540

**ATTORNEYS FOR APPELLEE,
WILLIAM ROWE, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Notice on the counsel of record listed below via e-filing on this 1st day of September, 2015:

W. Edward McLendon
THE LAW OFFICES OF W. EDWARD MCLENDON
5001 Spring Valley Road, Suite 400E
Dallas, TX 75244
*Via e-file: edmclendon@hotmail.com*

 /s/ Michelle E. Robberson _____
**MICHELLE E. ROBBERSON**